# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| LARRY LAMB AND ERNEST W. MATTHEWS ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 7:16-CV-44-FL |
| BLAKE WALLACE, ET AL. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff .

Date: 02/07/2017

/s/ Tara Thompson
*Attorney's signature*

Tara Thompson, No. 6279922
*Printed name and bar number*

Loevy & Loevy
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
*Address*

gayle@loevy.com
*E-mail address*

(312) 243-5900
*Telephone number*

(312) 243-5902
*FAX number*