# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LARRY LAMB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 7:16-cv-44-FL |
| ) | |
| BLAKE WALLACE, et al., ) | Hon. Louise W. Flanagan |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |

## ORDER TO RE-CONVENE
## THE DEPOSITION OF LOVELY LORDEN

This matter is before the Court on the parties' Consent Motion to Re-Convene the Deposition of Lovely Lorden. The parties have shown good cause, and the Motion is GRANTED. The Court hereby orders as follows:

The Plaintiffs shall be allowed to reconvene the deposition of Lovely Lorden, originally noticed for January 10, 2018, at 11:00 a.m. on March 12, 2018, at the offices of Sumrell, Sugg, Carmichael, Hicks & Hart, P.A., 416 Pollock Street, New Bern, NC 28560. Ms. Lorden is ordered to appear upon service by the Plaintiffs of this Order and a Re-Notice of her deposition indicating the date, time and location. If Ms. Lorden wishes, Plaintiffs shall be responsible for arranging her transportation to the re-convened deposition.

SO ORDERED, this the 23rd day of February, 2018.

_____
Hon. Louise W. Flanagan
United States District Court Judge