IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA

LARRY LAMB and ERNEST WARREN MATTHEWS,
    Plaintiffs

v.

BLAKE WALLACE, et al.,
    Defendants

Case No. 7:16 CV 44 FL

# **ORDER**

Plaintiffs' Motion for Leave to File Under Seal is hereby granted. Wherefore, Plaintiffs are permitted to file under seal the following:

- Exhibits 57-62, 80, and 84;

- Plaintiff's response to Defendants' statement of facts (unredacted);

- Plaintiffs' statement of additional facts (unredacted);

- Plaintiffs' summary judgment response brief (unredacted)

So ordered.

Dated: June 21, 2019

*[signature]*
Hon. Louise Flanagan