IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA

LARRY LAMB and ERNEST WARREN MATTHEWS,
       Plaintiffs

v.

BLAKE WALLACE, et al.,

       Defendants

Case No. 7:16 CV 44 FL

## ORDER

Plaintiff's motion to dismiss Defendant James Adcox, (Doc. 203), as a defendant in this action with prejudice is GRANTED. Each party shall bear their own costs and fees. This order does not alter or affect any of Plaintiffs' claims against the remaining Defendants in this matter.

SO ORDERED, this 27th day of August, 2019.

_____
Hon. Louise W. Flanagan
United States District Court Judge