IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| LARRY LAMB and ERNEST WARREN MATTHEWS, <br>     Plaintiffs <br><br> v. <br><br> BLAKE WALLACE, et al., <br><br>     Defendants | Case No. 7:16 CV 44 FL |

## **ORDER**

This matter is before the Court on Plaintiffs Larry Lamb and Ernest Matthews's Corrected Motion for Leave to File Under Seal. The Motion is GRANTED.

Dated: November 1, 2019            SO ORDERED,

                                                       Louise Flanagan
                                                       United States District Court Judge

## **CERTIFICATE OF SERVICE**

I, Gayle Horn, an attorney, hereby certify that on October 30, 2019, I filed the foregoing PROPOSED ORDER using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Gayle Horn
*One of Plaintiff's Attorneys*