IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Civil Action No.: 7:16-CV-44-FL

| | |
|---|---|
| LARRY LAMB and ERNEST WARREN MATTHEWS, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| BLAKE WALLACE, in his official capacity as Sheriff of Duplin County, et al | ) ) ) ) |
| Defendant, | ) ) ) |

**ORDER ON MOTION FOR SUBSTITUTION**

This matter comes before the Court on a Consent and Joint Motion of the parties to substitute "Connie M. Jones, Executrix of the Estate of Dalton R. Jones, Deceased" in place of "Dalton Jones" as Defendant in this action. It appears to the Court that good cause exists to support the motion. Consequently, the Motion to Substitute Connie M. Jones, Executrix of the Estate of Dalton R. Jones, Deceased in place of Dalton Jones is **GRANTED.**

DATE: This the 3rd day of September, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE