IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:16-CV-44-FL

| | | |
|---|---|---|
| LARRY LAMB and ERNEST WARREN MATTHEWS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| BLAKE WALLACE in his Official Capacity as Sheriff of Duplin County, and WESTERN SURETY COMPANY, and CONNIE M. JONES Executrix of the Estate of Dalton R. Jones, Deceased, | ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the parties' joint motion to expedite court-hosted settlement conference and reset pretrial filing deadlines (DE 259). For good cause shown, the motion is GRANTED. Court-hosted settlement conference is reset to take place on December 7, 2020, with additional expedited deadlines related to the same set by separate order. In addition, to promote attention to court-hosted settlement activities prior to trial preparation activities, the court hereby RESETS final pretrial conference to take place **January 11, 2021, at 1:30 p.m.,** and extends pretrial deadlines as follows, including modified deadlines for the parties' obligations under Local Civil Rule 16.1:

    A. December 16, 2020: exchange pretrial disclosures under Local Civil Rule 16.1(b)(1).

    B. December 23, 2020: designate and serve objections under Local Civil Rule 16.1(b)(1).

    C. December 29, 2020: file motions in limine, if any, under Local Civil Rule 39.1(a).

D. January 4, 2020: file proposed pretrial order, proposed jury instructions, proposed verdict form, trial briefs, responses to motions in limine, if any, and notice of video deposition disputes, if any, in accordance with the requirements in the court's April 29, 2020, scheduling order.

All other deadlines, terms, and conditions, set forth in the court's April 29, 2020, scheduling order not altered herein shall remain in full force and effect.

SO ORDERED, this the 30th day of November, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge

2